# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| CHANNING PENNINGTON aka "Blackberry" | Case No. 4:11CR40037-044 <br> USM No. 10705-010 |
| | Bruce D. Eddy |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   listed below   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | Standard Condition No. 2 – Failed to report to the probation officer | 05/19/2016 |
| 3 | Standard Condition No. 3 – Failed to answer truthfully | 05/23/2016 |
| 4 | Standard Condition No. 5 – Failed to maintain employment | 07/24/2016 |
| 5 | Standard Condition No. 6 – Failed to notify of address change | 07/24/2016 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec.   1727 | July 28, 2017 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1988 | |
| | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Texarkana, Arkansas | |
| | Honorable Susan O. Hickey, United States District Judge |
| | Name and Title of Judge |
| | August 1, 2017 |
| | Date |

DEFENDANT: CHANNING PENNINGTON
CASE NUMBER: 4:11CR40037-044

## IMPRISONMENT

term of :   The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total Eighteen (18) months imprisonment with credit for time served in federal custody since July 24, 2016; with no term of supervision to follow the term of imprisonment

☒ The court makes the following recommendations to the Bureau of Prisons: FCI Texarkana for service of sentence

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHANNING PENNINGTON

CASE NUMBER: 4:11CR40037-044

DISTRICT: Western District of Arkansas

## Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 06/24/1988

Defendant's Residential Address : 3302 Washington Street
Bldg 10, Apt 73
Texarkana, Arkansas 71854

Defendant's Mailing Address:
*(if different)*